# UNITED STATES DISTRICT COURT

FILED 

### SOUTHERN DISTRICT OF CALIFORNIA

18 MAR 13 PM 3: 24

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| RENAN DIAS DA ROCHA GOMES (1) | Case Number: 17CR3897-CAB |

KRIS J. KRAUS
Defendant's Attorney

**REGISTRATION NO.**    65202298

☐ –

THE DEFENDANT:

☒ pleaded guilty to count(s)    ONE (1) OF THE ONE-COUNT INFORMATION

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 1343 | WIRE FRAUD | 1 |

The defendant is sentenced as provided in pages 2 through _____3_____ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____   dismissed on the motion of the United States.

☒ Assessment : $100.00

–

☐ JVTA Assessment*: $ _____

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine    ☒ Forfeiture pursuant to order filed    2/22/2018    , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 13, 2018
Date of Imposition of Sentence

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE

17CR3897-CAB

AO 245B (CASD Rev. 02/18) Judgment in a Criminal Case

DEFENDANT: RENAN DIAS DA ROCHA GOMES (1)                    Judgment - Page **2** of **3**
CASE NUMBER: 17CR3897-CAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
15 MONTHS.

☐    Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ A.M.    on _____

     ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   on or before

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

17CR3897-CAB

| DEFENDANT: | RENAN DIAS DA ROCHA GOMES (1) | Judgment - Page **3** of **3** |
| CASE NUMBER: | 17CR3897-CAB | |

## RESTITUTION

The defendant shall pay restitution in the amount of <u>$39,675.25</u> unto the United States of America.

Amount of restitution is payable through the Clerk, U.S. District Court, to the Walt Disney Company, payable forthwith or through the Inmate Financial Responsibility Program at the rate of 50% of defendant's income, or $25.00 per quarter, whichever is greater, during the period of incarceration. Upon release from custody, the defendant shall pay any remaining balance at the rate of $250.00 per month, subject to modification up further agreement of the parties or order of the Court.

Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office (1) of any change in economic circumstances that might affect ability to pay restitution and (2) of any change in mailing or residence address, no later than thirty (30) days after the change occurs.

Order of Restitution to follow.

The Court has determined that the defendant    does not    have the ability to pay interest. It is ordered that:

The interest requirement is waived